THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH PALMER, alias PETER SANTORO, and VINCENT SOLLAMI, Appellants.

Argued November 23, 1943; decided January 20, 1944.

*Edward J. Reilly, Samuel Goldstein* and *Isidore Goetz* for Joseph Palmer, appellant.

*Theodore Charnas, Leo Healy* and *Charles H. Dash* for Vincent Sollami, appellant.

*Thomas Cradock Hughes, Acting District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.